UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dameon Rocky Turner**　　　　　　　　　　　　**Docket No. 2:21-CR-19-1BO**

**Petition for Action on Supervised Release**

COMES NOW Marisa D. Watson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dameon Rocky Turner, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on December 9, 2021, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Dameon Rocky Turner was released from custody on December 29, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 19, 2012, the defendant was convicted of Sexual Battery. Due to the nature of the offense, it is recommended that the defendant submit to a psycho-sexual evaluation by a qualified mental health professional. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Maurice J. Foy　　　　　　　　　　　　　/s/ Marisa D. Watson
Maurice J. Foy　　　　　　　　　　　　　　Marisa D. Watson
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8690
　　　　　　　　　　　　　　　　　　　　　Executed On: January 19, 2024

Dameon Rocky Turner
Docket No. 2:21-CR-19-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __22__ day of __Jan.__, 2024, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
United States District Judge